## (January 13, 1959)

■ THOMAS QUINN, Respondent, v. EDWARD M. O. PRATT et al., Individually and as Executors and Trustees of MARY K. MANNING, Deceased, Appellants.— In an action to recover damages for personal injuries, the appeal is from an order granting respondent's motion for a preference in the trial of

the action and placing it on the Ready Day Calendar for January 19, 1959. Order reversed, with $10 costs and disbursements, and motion denied. The showing was insufficient to warrant the preference. Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ., concur.